RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRENDA WEKSLER
Assistant Federal Public Defender
411 E. Bonneville Ave., Suite 250
Las Vegas, Nevada 89101
Tel: (702) 388-6577
Fax: (702) 388-6261

Attorney for:
PRUDENCIO VALDEZ-SANCHEZ

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PRUDENCIO VALDEZ-SANCHEZ ,<br><br>Defendant. | Case No.: 2:13-CR-410-APG-PAL<br><br>**STIPULATION TO CONTINUE MOTION DEADLINES AND TRIAL DATES**<br>(Fourth Request) |

    IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Robert A. Bork, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and BRENDA WEKSLER, Assistant Federal Public Defender, counsel for PRUDENCIO VALDEZ-SANCHEZ, that the calendar call currently scheduled for Wednesday, September 24, 2014 at 8:45 a.m., and the trial currently scheduled for Monday, September 29, 2014 at 9:00 a.m., be vacated and set to a date and time convenient to this court but no longer than sixty (60) days.

    IT IS FURTHER STIPULATED AND AGREED, that the parties herein shall have to and including September 9, 2014, by the hour of 4:00 p.m., within which to file any and all pretrial motions and notices of defense.

    IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including September 23, 2014, by the hour of 4:00 p.m., within which to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including September 30, 2014, by the hour of 4:00 p.m., within which to file any and all replies to dispositive motions.

This Stipulation is entered into for the following reasons:

1. The client is in custody but does not oppose the continuance.

2. Since the filing of the previous stipulation, undersigned defense has sought additional information from the client's family members in preparation for trial, but is still awaiting some documentation.

3. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the defendant sufficient time to complete investigation, prepare and submit appropriate pretrial motions.

4. Denial of this request for continuance would deny counsel for the defendant sufficient time to effectively and thoroughly prepare and submit pretrial motions and notices of defense, taking into account the exercise of due diligence.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, § 3161(h)(1)(D) and Title 18, United States Code, § 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

6. This is the fourth stipulation to continue filed herein.

DATED: July 7, 2014

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| By: / s/ Brenda Weksler<br>　BRENDA WEKSLER,<br>　Assistant Federal Public Defender | By: /s/ Robert A. Bork<br>　ROBERT A. BORK,<br>　Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PRUDENCIO VALDEZ-SANCHEZ,<br><br>Defendant. | Case No.: **2:13-CR-410-APG-PAL**<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The client is in custody but does not oppose the continuance.

2. Since the filing of the previous stipulation, undersigned defense has sought additional information from the client's family members in preparation for trial, but is still awaiting some documentation.

3. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the defendant sufficient time to complete investigation, prepare and submit appropriate pretrial motions.

4. Denial of this request for continuance would deny counsel for the defendant sufficient time to effectively and thoroughly prepare and submit pretrial motions and notices of defense, taking into account the exercise of due diligence.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, § 3161(h)(1)(D) and Title 18, United States Code, § 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

6. This is the fourth stipulation to continue filed herein.

///

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the motion and trial dates.

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, §§ 3161(h)(1)(A), 3161(h)(7) and Title 18 United States Code, § 3161 (h)(7)(A), when considering the facts under Title 18, United States Code, §§ 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

**ORDER**

IT IS THEREFORE ORDERED, that the parties herein shall have to and including September 9, 2014, by the hour of 4:00 p.m., within which to file any and all pretrial motions and notices of defense.

IT IS FURTHER ORDERED, by and between the parties, that they shall have to and including September 23, 2014, by the hour of 4:00 p.m., within which to file any and all responsive pleadings.

IT IS FURTHER ORDERED, by and between the parties, that they shall have to and including September 30, 2014, by the hour of 4:00 p.m., within which to file any and all replies to dispositive motions.

IT IS FURTHER ORDERED that trial briefs, proposed voir dire questions, proposed jury instructions, and a list of the Government's prospective witnesses must be submitted to the Court by 12:00 p.m., November 12, 2014.

///

4

IT IS FURTHER ORDERED that the calendar call currently scheduled for Wednesday, September 24, 2014 at 8:45 a.m., be vacated and continued to November 12, 2014 at 8:45 a.m., Courtroom 6C. and the trial currently scheduled for Monday, September 29, 2014 at 9:00 a.m., be vacated and continued to November 17, 2014 at 9:00 a.m., Courtroom 6C.

DATED 8th day of July, 2014.

_____
UNITED STATES DISTRICT JUDGE